AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 08-CR-00008

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SHANNON DOZIER

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/14/2008 | *[signature]* |
| Date | Signature |
| | HUGH M. MUNDY        9500 |
| | Print Name        Bar Number |
| | 52 DUANE ST., FL. 10 |
| | Address |
| | NEW YORK    NY    10007 |
| | City    State    Zip Code |
| | (212) 417-8737    (212) 571-0392 |
| | Phone Number    Fax Number |