# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



April 10, 2008

**VIA FACSIMILE (212) 805-7925**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:  <u>United States v. v. Shannon Dozier</u>
     08 Cr. 0008 (RWS)

Dear Judge Sweet:

I write regarding the conditions of pre-trial release for my client, Shannon Dozier. On January 9, 2008, Mr. Dozier was arrested and appeared in front of Magistrate Judge Fox. At that time, the following bail conditions were imposed: a $100,000 appearance bond signed by three financially responsible persons and secured with $5,000 cash, house arrest with electronic monitoring, strict pre-trial supervision, and travel restricted to the Southern and Eastern Districts of New York. Further, the conditions of bail allowed Mr. Dozier to leave his home to visit with counsel or to work. Finally, the Pre-Trial Services Office was to assist Mr. Dozier in securing employment.

On February 11, 2008, the parties appeared in front of this Court regarding proposed bail modifications that would permit Mr. Dozier to attend Sunday church services and begin welding school. At the hearing, Mr. Dozier withdrew his request to attend welding school as classes for the spring semester were already underway. The Court then granted his request to attend church services.

Mr. Dozier recently secured a part-time position at Bed, Bath & Beyond, slated to begin on April 10, 2008. He timely notified his pre-trial services officer, Leo Barrios, one week prior to the start of the job. Mr. Barrios has instructed that Mr. Dozier is required to seek a modification of the conditions of his pre-trial release to stay on the job.

The order setting forth Mr. Dozier's bail conditions explicitly states that he is allowed to leave his home to visit with counsel or to work. Moreover, according to the order, Pre-Trial Services is specifically ordered to assist Mr. Dozier in this process, further evincing the Court's intent that Mr. Dozier obtain employment. Therefore, I respectfully disagree with Mr. Barrios that further bail modification is necessary. Nonetheless, out of an abundance of caution, I am requesting that this Court order that Mr. Dozier is allowed to continue his part-time position at Bed, Bath & Beyond.

Thank you for your consideration of this matter.

Respectfully submitted,

Hugh M. Mundy
Assistant Federal Defender
Tel.: (212) 417-8737

SO ORDERED:

HONORABLE ROBERT W. SWEET
United States District Judge
4-11-08

cc:   Randall Jackson, Assistant United States Attorney, via facsimile
      Leo Barrios, United States Pre-Trial Services Officer, via facsimile