# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

June 3, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

JUN 0 4 2008

JUDGE SWEET CHAMBERS

**BY FAX**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    **United States v. Shannon Dozier**
             08 Cr. 008 (LAP)

Dear Judge Sweet:

    I write on behalf of my client, Shannon Dozier, to respectfully request that the Court temporarily modify Mr. Dozier's bail to permit him to attend his daughter's first birthday party on June 28, 2008 from 3:00 p.m. until 8:00 p.m. in Riverbank Park located at 145th Street and Riverside Avenue. On January 9, 2008, Magistrate Judge Fox imposed the following bail: a $100,000 appearance bond signed by three financially responsible persons and secured with $5,000 cash, house arrest with electronic monitoring, strict pre-trial supervision, and travel restricted to the Southern and Eastern Districts of New York.

    I have conferred with Assistant United States Attorney Randall Jackson and Pre-Trial Services Officer Leo Barrios, who have both consented to this request. If this meets with Your Honor's approval, I ask that this letter be endorsed as an Order allowing Mr. Dozier to attend the celebration of his daughter's first birthday.

Respectfully submitted,

Martin Cohen
Attorney for **Shannon Dozier**
(212) 417-8737

*[signature]*
6-12-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/08

SO ORDERED:

**HONORABLE ROBERT W. SWEET**
United States District Judge

cc:    Randall Jackson, Assistant United States Attorney, via facsimile
       Leo Barrios, United States Pre-Trial Services Officer, via facsimile

TOTAL P.002