| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA )
)
)  **NOTICE OF APPEARANCE AND REQUEST**
v. )  **FOR ELECTRONIC NOTIFICATION**
)
SHAUN DOZIER et al., )  S1 08 Cr. 008 (RWS)
)
Defendant. )

TO:   Clerk of Court
  United States District Court
  Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case, and to add her as the Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by:  /s/ Nola Heller
  Nola B. Heller
  Assistant United States Attorney
  (212) 637-2631 (tel)
  (212) 637-2387 (fax)
  Nola.Heller@usdoj.gov