UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

Case Number: 1:08-cr-00008-RWS-2

vs.

**NOTICE OF APPEARANCE**

SHANNON DOZIER et al.

-------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, Raymond L. Colón, Esq. enter my appearance as counsel in this case for SHANNON DOZIER also known as "SAINE".

I certify that I am admitted to practice in the Southern District of New York.

Dated: August 24, 2008

Raymond L. Colón, Esq. (RC4138)
*Attorney for Defendant, Shannon Dozier*
233 Broadway, 5th Floor
New York, New York 10279
Tel (212) 964-8030
Fax (212) 964-2575